UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA V. N.,[1]<br><br>   Petitioner,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Respondent | Case No. 2:23-cv-06623-JFW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  The Court has conducted the review required by 28 U.S.C. § 636 and – after conducting a de novo review – accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the May 31, 2024 Report and Recommendation and overrules Plaintiff's objections thereto.

  IT IS HEREBY ORDERED that the decision of the Commissioner of Social Security is AFFIRMED.

  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for Plaintiff and Defendant.

DATED: July 9, 2024

            _____
            HONORABLE JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.